**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

IN RE:  　　　　　　　　　　　　　　　　　　CASE NO.:  9:19-bk-09336-FMD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 7

**Loren Ray Wilson,**
　　　　　　**Debtor.**
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 15, 2019, I electronically served a true and correct copy of Order Granting Motion For Relief From Stay, Document No. 10, with the Clerk of Court by using the CM/ECF system.  I also certify that the foregoing was served on this day by either United States Mail or electronic mail through the CM/ECF system to the parties listed below:

ADRIAN R LYNN
LYNN LAW GROUP
P.O. BOX 309
ESTERO, FL 33929

LOREN RAY WILSON
4425 25TH ST. NW
LEHIGH ACRES, FL 33973

LUIS E RIVERA, II
POST OFFICE BOX 1026
FORT MYERS, FL 33902-1026

UNITED STATES TRUSTEE - FTM7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602

　　　　　　　　　　　　　　　　　　　ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
　　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　　6409 Congress Ave., Suite 100
　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33487
　　　　　　　　　　　　　　　　　　　Telephone: 561-241-6901
　　　　　　　　　　　　　　　　　　　Facsimile: 561-997-6909
　　　　　　　　　　　　　　　　　　　By: /s/ Christopher P. Salamone
　　　　　　　　　　　　　　　　　　　Christopher P. Salamone, Esquire
　　　　　　　　　　　　　　　　　　　Florida Bar Number 75951
　　　　　　　　　　　　　　　　　　　Email: csalamone@rasflaw.com